COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty Held at Newport In the Colony afores^d on Monday the Twenty fifth of May A. D, 1752 at Ten o Clock A. M.

Present the Honorable Sam^ll Wickham Esq^r Dep: Judge

The Court being opened

### LIBEL SAMUEL POWERS vs BRIG^T *Providence*

Being read and Plea

Joseph Whipple Esq Tho^s Rodman, Jos^h Wanton Ju^r and Ja^s Rogers merchants, come into Court and Tender the sum of Seventy Six pounds three Shillings and nine pence with the Costs of Court to this time, in full satisfaction which the Appellant refuseth to accept. Cap^t William Sargent being sworn. Jn^o W^m Goff being also swore. And the Court was adjourn'd untill to morrow at Ten o Clock A. M. And opened accordingly And after Sundry Debates the Court was adjourn'd untill further Notice.

Rec^d of Tho^s Vernon Reg^r of the Court of Adm^y the sum of Eighty three pounds in full for Judgement of Court obtain'd by Sam^ll Powers ag^st the Brig^t Providence W^m Sargent Master

July 28th 1752                                             Sam^ll Powers

Newport May 26th 1752

COURT OF VICE ADMIRALTY Having heard and fully Consider'd the within Libel, with the Plea thereto, and the Tender made in Court by the Owners of the s^d Brigantine Providence As also all the Allegations and Evidence of both parties it Appears to me that there remains due to the s^d Samuel Powers as administrator to William Powers for the residue of his the s^d William Powers's Wages on board of the s^d Brigantine at the time of his death (after deduction made of what he had receiv'd before Sailing, of what was disbursed for him during the voyage, and for his Barratry in the bay of Honduras) the Sum of Eighty Three Pounds nine Shillings in Bills of Publick Credit of this Colony. It is therefore consider'd and Decreed that he the s^d Samuel Powers in his s^d Capacity, recover against the s^d Brigantine Providence the afores^d Sum of Eighty Three Pounds nine Shillings. and for as much as the Tender made by the Owners was not Sufficient to pay and Satisfy the s^d Sum it is therefore further Decreed that he the s^d Samuel recover the whole Cost of this Court

S Wickham D. Judge

### PETER WELLS vs. SLOOP *Lydia,* 1752

At a Court of Vice Admiralty Held at Newport in the Colony of Rhode Island on Monday the Twentieth of July A. D. 1752 at Ten o Clock A: M.
Present the Honorable Sam^ll Wickham Esq. Dep^t Judge
The Court being opened

### Libel Peter Wells vs. Sloop *Lidea*

was read
And Proclamation was made for any person or persons to come into Court and make answer to the aforesaid Libel and no person appeared. And the Court was adjourned untill further Notice.

### Libel Peter Wells Appellant vs: Sloop *Lydia* for Wages

Newport July 20th 1752
Court of Vice Admiralty   The Libel being read and Solemn Proclamation made, for any person or persons to come into Court and make Answer thereto, and no person appearing a default was Enter'd: Wherefore after due consideration had upon the Premises. I find that after deductions made of one Months pay before Sailing, of Five Pounds receiv'd of the Owners Since the Arrival of the S^d Sloop at this Port and of the Allowance to Greenwich Hospital there remains due to the Appellant for the residue of his wages, the sum of One hundred Forty Four Pounds Eleven Shillings in Bills of Credit of the old Tenour It is therefore consider'd and Decreed that he the s^d Peter Wells Recover Against the s^d Sloop Lydia the afore S^d Sum of One hundred and Forty Four Pounds Eleven Shillings with Cost of Suit. And in Case the Owners or Master of the S^d Sloop or Some person on their behalf do not pay the Said Sum with Costs within the Space of Ten days from the date hereof it is further order'd and Decreed that the S^d Sloop, or so much of her Tackle and furniture as shall be Sufficient, be publickly Sold by the Marshall of this Court, after the usual notice being given of the time of Sale, and that he the S^d Marshall out of the money Arising from the s^d Sale pay and Satisfy the Appellant the afore S^d Sum, with Costs, returning the overplus thereof if any to the Owners.

S Wickham D: Judge

### Timothy O'Brien vs. Sloop *Somerset,* 1752